# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SIERRA CLUB

    Plaintiff

v.

BP PRODUCTS NORTH AMERICA INC

    Defendant

Civil Action No. 2:19-cv-337

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other: Consent Judgment is ENTERED as described by the terms in the Parties' Joint Stipulations of Settlement.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon on a Joint Motion to Approve Consent Judgment.

DATE: 11/8/2022                            GARY T. BELL, CLERK OF COURT

                                              by   s/ M. Murray _____
                                              *Signature of Clerk or Deputy Clerk*